# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

January 2, 2019

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

      Re: *Lora Sanchez, et al. v. Hidden City Café Corp., et al.*,
          18 Civ. 7008 (VSB) (RWL)

Dear Judge Broderick:

      We represent Plaintiffs in the above-referenced matter. With Defendants' consent, we write to respectfully request that the Court adjourn the initial pretrial conference currently scheduled to take place on January 24, 2019, at 10:30 a.m. to a date convenient for this Court after February 26, 2019, the date of the recently-scheduled settlement conference in this matter. We also respectfully request an adjournment of the attendant deadlines listed in the Notice of Initial Pretrial Conference (ECF. No. 32).

      This is the parties' first request for an adjournment. The parties have conferred and are available for the initial pretrial conference on March 19, 2019 through the end of that month.

      Thank you for your consideration.

                                              Respectfully submitted,

                                              Lillian M. Marquez

cc: Counsel of Record (via ECF)